ACCEPTED
03-14-00713-CV
5540014
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 9:47:57 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00713-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 9:47:57 AM
JEFFREY D. KYLE
Clerk

_____

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS; AND
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,**
*Appellants*

**v.**

**CGG VERITAS SERVICES (U.S.), INC.,**
*Appellee.*

---

## UNOPPOSED, SECOND MOTION FOR
## EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant CGG Veritas Services (U.S.), Inc. moves pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, asking that this Court grant a 30-day extension of time for filing its Appellee's Brief from June 19 to July 20, 2015. This Motion is UNOPPOSED by Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas.

1

## I.  INTRODUCTION

1.     Appellants are Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas ("Appellants").

2.     Appellee is CGG Veritas Services (U.S.), Inc. ("Appellee").

3.     No rule provides a deadline to file this Motion to Extend.   *See* Tex. R. App. P. 38.6(d).

## II. ARGUMENT & AUTHORITIES

4.     The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Appellee's Brief.   This Motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(b)(1).

5.     Appellee's Brief is currently due on Friday, June 19, 2015.

6.     The undersigned counsel for Appellee have had several pending deadlines and professional obligations since the filing of Appellee's Brief, which have prevented them from being able to complete the Brief by June 19, and they have additional deadlines and obligations in the coming weeks that necessitate the 30-day extension now sought without opposition.

7.     More specifically, these deadlines include the following for Appellee's counsel, Amanda Taylor: (1) oral argument before this Court on June 3 (No. 03-14-00197-CV); (2) attending a two-day continuing legal education course on June 4-5

("State and Federal Appeals"); (3) Appellee's Brief currently due in this Court on June 16 (No. 03-15-00186-CV); (4) Petitioner's Reply Brief due in the Supreme Court on June 17 (No. 14-0647); and (5) vacation including prepaid travel on June 10 through 14, as stated in the vacation notice on file with this Court.

8. Appellee therefore requests a 30-day extension of its brief-filing deadline.

9. The requested extension of Appellee's Brief deadline will not prejudice any party.

10. One 30-day extension of time has previously been granted to Appellee regarding its Brief.

11. The $10.00 filing fee has been submitted in connection with this Motion.

## III. PRAYER

For these reasons, Appellee respectfully prays, without any opposition of Appellants, that this Court grant an extension of time to file Appellee's Brief from June 19 to July 17, 2015, which is approximately 30 days from the current deadline.

Respectfully submitted,

**MARTENS, TODD, LEONARD, TAYLOR & AHLRICH**
301 Congress Ave., Suite 1950
Austin, Texas 78701
Telephone:   (512) 542-9898
Telecopier:   (512) 542-9899

By:   */s/ Amanda G. Taylor*
    Amanda Taylor
    ataylor@textaxlaw.com
    State Bar No. 24045921
    James F. Martens
    jmartens@textaxlaw.com
    State Bar No. 13050720
    Lacy L. Leonard
    lleonard@textaxlaw.com
    State Bar No. 24040561
    Danielle V. Ahlrich
    dahlrich@textaxlaw.com
    State Bar No. 24059215

**ATTORNEYS FOR APPELLEE
CGG VERITAS SERVICES (U.S.), INC.**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that counsel for Appellee has conferred with counsel for Appellants, Ms. April Farris, about the merits of this Motion on June 4, 2015.  Ms. Farris does not oppose this Motion.

*/s/ Amanda G. Taylor*
Amanda G. Taylor


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Second Motion for Extension of Time to File Appellee's Brief has been electronically filed and served on all counsel below on June 4, 2015.

April L. Farris
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2923
(512) 474-2697 [fax]
april.farris@texasattorneygeneral.gov

Charles Eldred
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION
P.O. Box 12548
Austin, Texas 78711
(512) 463-1745
(512) 477-2348 [fax]
charles.eldred@texasattorneygeneral.gov

*/s/ Amanda G. Taylor*
Amanda G. Taylor

5